# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case No. 1:16CR00041-005 |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **KEVIN THOMAS SEIGLER,** | ) | JUDGE JAMES P. JONES |
| Defendant. | ) | |

For the reasons stated in the Opinion accompanying this Final Order, it is **ORDERED** as follows:

1. The defendant's Motions to Amend, ECF Nos. 1665, 1666, are GRANTED IN PART and DENIED IN PART;

2. The United States' Motion to Dismiss, ECF No. 1690, is GRANTED;

3. The defendant's Motion pursuant to 28 U.S.C. § 2255, ECF No. 1619, as corrected by ECF No. 1636, and as amended, is DENIED;

4. The Defendant's Motion for Appointment of Counsel, ECF No. 1667, is DENIED; and

5. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

- 2 -

ENTER: July 7, 2023

/s/  JAMES P. JONES
Senior United States District Judge